BYERS, *Ex parte*.

*Appeal from Board of Registration of Independence County.*

GREGG, J.

The opinion in the case of *John F. Allen*, *ex parte*, settles all the questions before the court in this case.

The appeal is dismissed.

---

GREEN & WILSON *v.* ROANE & BELL.

EQUITY—*Confederate money act*—The act of March 5th, 1867, known as the Confederate money act, being unconstitutional, no benefit is derived from it, and a court of equity can grant no relief under it.

*Appeal from Jefferson Circuit Court.*

HON. WM. M. HARRISON, Circuit Judge.

*Wassell & Moore*, for appellants.

*Bell & Carlton*, for appellees.

McCLURE, J

The record in this case shows that Green & Wilson obtained a judgment against Julia Roane, in the Jefferson county circuit court, for nine hundred dollars debt, and three hundred and seven dollars and fifty-one cents damages, and that said judgment was affirmed by this court at the December term, 1866, (*24 Ark. 210.*)